IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LAUREN K. CHARBONNEAU, | ) |
| Plaintiff, | ) Civil Action No: 1:17-cv-00666-LMB-MSN |
| v. | ) |
| PL DULLES LLC<br>a Delaware Limited Liability Company, | ) |
| Defendant. | ) |

## AGREED DISMISSAL ORDER

Plaintiff Lauren K. Charbonneau and Defendant PL Dulles LLC, (together, "Parties") represented to the Court that the Parties entered into a settlement agreement and thereby resolved all claims in this matter, including attorneys' fees and costs.

It appearing to the Court that the Parties resolved their differences in full, it is hereby ORDERED that this matter be and is DISMISSED WITH PREJUDICE and removed from the docket of this Court.

/s/ _____
Leonie M. Brinkema
United States District Judge

ENTERED: 12 / 5 / 2017